```
1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2
    EUMI L. CHOI (WVBN 0722)
3   Chief, Criminal Division

4   STEPHANIE M. HINDS (CSBN 154284)
    Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102-3401
       Telephone: (415) 436-6816
7      Facsimile: (415) 436-6748
       Email: stephanie.hinds@usdoj.gov
8
    Attorneys for Plaintiff
9
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>1. $1,379,879.09 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER W71-223433 IN THE NAME OF EUROPEAN FEDERAL CREDIT BANK;<br><br>2. $327,544.09 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER W71-224464 IN THE NAME OF EUROPEAN FEDERAL CREDIT BANK; AND<br><br>3. 923,000 UKRANIAN BONDS PLUS INTEREST,<br><br>    Defendants. | No. C 05-0946 MJJ<br><br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** |

## STIPULATION

It is hereby stipulated by and between plaintiff, United States of America, claimant, Pavel Lazarenko and claimant European Federal Credit Bank and Its Receivers, that the case management conference currently scheduled for June 28, 2005 at 2:00 p.m. be continued until August 2, 2005 at

2:00 p.m. or until a date convenient to the Court. The parties are requesting a continuance of at least 30 days, in part, due to the unavailability of counsel for claimant Lazarenko during a portion of the requested period.

Dated: 6/16/05

STEPHANIE M. HINDS
Assistant United States Attorney

Dated:

DORON WEINBERG, ESQ.
Attorney for Claimant
Pavel Lazarenko

Dated:

GORDON GREENBERG, ESQ.
MATTHEW J. JACOBS, ESQ.
TERRY W. AHEARN, ESQ.
Attorneys for European Federal Credit Bank
And Its Receivers

## [PROPOSED] ORDER

IT IS SO ORDERED. The case management conference scheduled for June 28, 2005 is vacated. The case management conference shall be held on ____August 2____, 2005.

Dated: 6/21/2005

/s/
MARTIN J. JENKINS
United States District Judge

APPROVED
Judge Martin J. Jenkins

2:00 p.m. or until a date convenient to the Court. The parties are requesting a continuance of at least 30 days, in part, due to the unavailability of counsel for claimant Lazarenko during a portion of the requested period.

Dated:

STEPHANIE M. HINDS
Assistant United States Attorney

Dated: 6-16-05

DORON WEINBERG, ESQ.
Attorney for Claimant
Pavel Lazarenko

Dated:

GORDON GREENBERG, ESQ.
MATTHEW J. JACOBS, ESQ.
TERRY W. AHEARN, ESQ.
Attorneys for European Federal Credit Bank
And Its Receivers

[PROPOSED] ORDER

IT IS SO ORDERED. The case management conference scheduled for June 28, 2005 is vacated. The case management conference shall be held on _____, 2005.

Dated:

MARTIN J. JENKINS
United States District Judge

STIPULATION AND [PROPOSED] ORDER

2