KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6816
    Fax: (415) 436-6748
    Email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>      v.<br><br>1.  $1,379,879.09 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER W71-223433 IN THE NAME OF EUROPEAN FEDERAL CREDIT BANK;<br><br>2.  $327,544.09 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER W71-224464 IN THE NAME OF EUROPEAN FEDERAL CREDIT BANK; AND<br><br>3.  923,000 UKRANIAN BONDS PLUS INTEREST,<br><br>        Defendants. | **No. C 05-0946 MJJ**<br><br>**STIPULATION AND [PROPOSED] ORDER** |

STIPULATION

It is hereby stipulated by and between plaintiff, United States of America and claimant European Federal Credit Bank and Its Receivers, that the plaintiff's response to claimant's motion for summary judgment be continued until October 4, 2005, optional reply due on October 11, 2005 and motion hearing scheduled for October 18, 2005 be continued until October 25, 2005 at 9:30 am.

Dated: 09/23/05

/S/
STEPHANIE M. HINDS
Assistant United States Attorney

Dated: 09/23/05

/S/
GORDON GREENBERG, ESQ
MATTHEW J. JACOBS, ESQ
TERRY W. AHEARN, ESQ
Attorneys for European Federal Credit Bank and Its Receivers

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated: 9/26/2005

MARTIN J. JENKINS
United States District Judge

*Stipulation and [Proposed] Order*   2