```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2  EUMI L. CHOI (WVBN 0722)
    Chief, Criminal Division
 3  STEPHANIE M. HINDS (CSBN 154284)
    Assistant United States Attorney
 4  PATRICIA J. KENNEY (CSBN 130238)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue
 6      San Francisco, CA 94102
        Telephone: 415.436.6857
 7      Facsimile:  415.436.6748
        Email: patricia.kenney@usdoj.gov
 8
    Attorneys for the United States of America
```

**FILED**

DEC 2 1 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>1. $1,379,879.09 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER W71-223433 IN THE NAME OF EUROPEAN FEDERAL CREDIT BANK;<br><br>2. $327,544.09 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER W71-224464 IN THE NAME OF EUROPEAN FEDERAL CREDIT BANK; AND<br><br>3. 923,000 UKRANIAN BONDS PLUS INTEREST,<br><br>    Defendants. | No. C 05-0946 MJJ<br><br>STIPULATION AND ORDER<br>RE: SCHEDULING |

1 | The parties agree, subject to the Court's approval, that the hearing on Eurofed's motion
2 | be rescheduled to January 31, 2006 at 9:30 a.m. Unless the hearing is rescheduled, the Court set
3 | it for January 24, 2005.
4 | After first checking with the Court's Courtroom Clerk for dates convenient to the Court,
5 | the United States requested counsel for Eurofed to agree to reschedule the hearing on January 31,
6 | 2006 because Assistant United States Attorney Stephanie Hinds and the undersigned will be
7 | out-of-town on business on the date. Eurofed graciously agreed.

10 | IT IS SO STIPULATED:

KEVIN V. RYAN
United States Attorney

12/19/05

PATRICIA J. KENNEY
Assistant United States Attorney

McDERMOTT WILL & EMERY LLP

12/19/05

GORDON A. GREENBERG
MATTHEW J. JACOBS
TERRY W. AHEARN

20 | IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS 21
21 | DAY OF DECEMBER, 2005.

HONORABLE MARTIN J. JENKINS
United States District Judge

Stipulation and Order
No. 05-0946 MJJ                          2