| | |
|---|---|
| 1 | BRIAN J. STRETCH (CSBN 163973)<br>Acting United States Attorney |
| 2 | |
| 3 | PETER B. AXELROD (CSBN 190843)<br>PATRICIA J. KENNEY (CSBN 130238)<br>Assistant United States Attorneys |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: 415.436.6857 |
| 6 | Facsimile:  415.436.7234 |
| 7 | Attorneys for the United States |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR 00-0284 CRB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER |
| PAVEL LAZARENKO, | ) | |
| Defendant. | ) | |
| | ) | |
| LIQUIDATORS OF THE EUROPEAN<br>FEDERAL CREDIT BANK, AND<br>UNIVERSAL TRADING &<br>INVESTMENT COMPANY, | ) | |
| Petitioners. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. C 00-0946 CRB |
| Plaintiff, | ) | |
| v. | ) | |
| $1,379,879.09 SEIZED FROM BANK OF<br>AMERICA, ET AL, | ) | |
| Defendant. | ) | |
| PAVEL I. LAZARENKO, EUROPEAN<br>FEDERAL CREDIT BANK AND ITS<br>RECEIVORS, DONALD WARD AND<br>CHARLES WALWYN; ET AL., | ) | |
| Claimant. | ) | |

1   At the April 25, 2008 status conference, the Court ordered the parties to file motions in
2   the above cases on May 23, 2008 with a hearing date seven weeks later, on July 11, 2008.
3   Pursuant to Civil Local Rule 6-2, the parties agree, subject to the Court's approval, that the time
4   for filing of motions be extended by one week, from May 23, 2008, to and including May 30,
5   2008. Other dates for the filing of an opposition and a reply brief would be unaffected. This is
6   because Civil Local Rule 7-3(a) and (c) fix the dates for the filing of an opposition and a reply
7   based on the hearing date. The current schedule requires the filing of motions on or before May
8   23, 2008; the filing of oppositions 21 days before the July 11 hearing which is June 20; the filing
9   of replies 14 days before the July 11 hearing which is June 27. If the one week extension is
10  granted, the only date changed is the date for the initial filing of motions.

11  The reason the United States requested the Liquidators to agree to a one week extension
12  is two-fold. The undersigned AUSA, who was out of the office on business from June 9 through
13  June 13, was unaware that AUSA Axelrod would be out-of-the country on business from May 17
14  to May 25, and unavailable during that time. In addition, the undersigned AUSA needs more
15  time to have the opportunity to coordinate with a Department of Justice component in
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

Stipulation & Order
CV 00-0946 CRB
CR 00-0284 CRB                             2

1 | Washington, D.C., the Asset Forfeiture and Money Laundering Section of the Criminal Division.
2 | The Liquidators graciously agreed to stipulate to the extension.

5 | IT IS SO STIPULATED:

BRIAN J. STRETCH
Acting United States Attorney

Dated: May 16, 2008

*[signature]*
PATRICIA J. KENNEY
Assistant United States Attorney

McDERMOTT WILL & EMERY LLP

Dated: May 16, 2008

*[signature]*
MATTHEW J. JACOBS
PETER DROBAC
Attorneys for the Liquidators

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS 20th DAY OF MAY, 2008.

HONORABLE CHARLES R. BREYER
United States District Judge

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

Stipulation & Order
CV 00-0946 CRB
CR 00-0284 CRB                                  3