1  DAVID L. ANDERSON (CSBN 149604)
   Acting United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorneys
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: 415.436.6857
7      Facsimile:  415.436.7234

8  Attorneys for the United States

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,            )
                                        )   No. C 05-0946 CRB
13                  Plaintiff,          )
           v.                           )
14                                      )
   $1,379,879.09 SEIZED FROM BANK OF    )         ~~JOINT CASE~~
15 AMERICA ACCOUNT NUMBER W71           )   ~~MANAGEMENT STATEMENT~~
   -223433 IN THE NAME OF EUROPEAN      )          ~~AND~~ ORDER
16 FEDERAL CREDIT BANK. ET AL.,         )
                                        )   Date:  TBD
17                  Defendants.         )   Place: Courtroom 8
                                        )   Time:  TBD
18                                      )
   EUROPEAN FEDERAL CREDIT BANK         )
19 AND ITS RECEIVERS, ETC., ET AL.,     )
                                        )
20                  Claimant.           )
                                        )

Following this Court's award of attorneys' fees, the United States appealed. On March 19, 2010, the Ninth Circuit vacated and remanded with instructions. The Ninth Circuit's memorandum was filed in this court on April 2, 2010, and the mandate issued on April 12, 2010.

The objective of the United States, joined by Eurofed, is to resolve the matter of the amount of attorneys' fees owed Eurofed, and to do so as quickly and as cost-effectively as possible. To that end, the parties suggest the following schedule:

1. The parties agree, subject to the Court's approval, that the case management conference scheduled for April 30, 2010 at 8:30 a.m. be taken off calendar and rescheduled, if necessary, after the parties have completed the process below.

2. On or before April 28, 2010, Eurofed will provide to the United States the time-date-task information underlying its application for attorneys' fees for $289,463.75, and underlying time-date-task information for whatever additional fees Eurofed seeks payment since the date of the original submission.

3. On or before May 12, 2010, the United States will, after having reviewed Eurofed's the time-date-task information, respond and make an offer to resolve the attorneys' fees request. The United States reserves its right to object to any of Eurofed's claimed fees.

4. On or before May 19, 2010, Eurofed will respond to that offer.

5. On or before May 26, 2010, the parties will meet and confer regarding whether there are any remaining issues and, if so, what the best and most cost effective way is to resolving them, including mediation with a Magistrate Judge. The parties will either file a settlement agreement, ask the Court to

///
///
///
///

JCMS & Order
No. 02-0485 CRB                               2

1 | assign them to a Magistrate Judge for mediation, or suggest some other
2 | reasonable way of resolving any remaining issues.
3
4 | IT IS SO STIPULATED:                    Respectfully submitted,
5 |                                         DAVID L. ANDERSON
  |                                         Acting United States Attorney
6
7 | Dated: April __15__, 2010
  |                                         PATRICIA J. KENNEY
8 |                                         Assistant United States Attorney
9
10 |                                        McDERMOTT WILL & EMERY LLP
11 | Dated: April __15__, 2010
   |                                        GORDON A. GREENBERG
12 |                                        MATTHEW J. JACOBS
   |                                        PETER DROBAC
13 |                                        Attorneys for the Liquidators
14
15
16
17 | PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS _21st_
18 | DAY OF __April____, 2010.
19
20 |                                        HONORABLE CHARLES R. BREYER
   |                                        United States District Judge
21
22 |                                        IT IS SO ORDERED
23 |                                        Judge Charles R. Breyer
24
25
26
27
28

JCMS & Order
No. 02-0485 CRB                          3