UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$1,379,879.09 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER W71-223433 IN THE NAME OF EUROPEAN FEDERAL CREDIT BANK, et al.,

    Defendant(s).

EUROPEAN FEDERAL CREDIT BANK AND ITS RECEIVERS, ETC., et al.,

No. 05-00946-CRB (EDL)

ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated June 8, 2010, the liquidators in this action request that their representative, Charles Walwyn, be excused from personally appearing at the settlement conference scheduled for June 25, 2010. The government does not oppose this request.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Mr. Walwyn be available by telephone from 10:00 a.m. Pacific Standard Time until further notice on June 25, 2010.

If the Court concludes that the absence of this individual is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by

//

//

each party, including Mr. Walwyn.

IT IS SO ORDERED.

Dated: June 9, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

2