1  DAVID L. ANDERSON (CSBN 149604)
   Acting United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorneys
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: 415.436.6857
7     Facsimile:  415.436.7234

8  Attorneys for the United States

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,              )
                                           )     No. C 05-0946 CRB (EDL)
13                       Plaintiff,        )
                                           )
14          v.                             )
                                           )
15  $1,379,879.09 SEIZED FROM BANK OF      )     SETTLEMENT AGREEMENT
    AMERICA ACCOUNT NUMBER W71             )          AND ORDER
16  -223433 IN THE NAME OF EUROPEAN        )
    FEDERAL CREDIT BANK. ET AL.,           )
17                                         )
                         Defendants.       )
18  _____    )
                                           )
19  EUROPEAN FEDERAL CREDIT BANK           )
    AND ITS RECEIVERS, ETC., ET AL.,       )
20                                         )
                         Claimant.         )
21  _____    )

22

23

24

25

26

27

28

The parties stipulate and agree as follows:

1.    Plaintiff is the United States of America ("United States"). The only remaining claimant is the Liquidators of the European Federal Credit Bank (Eurofed") appointed by the High Court in Antigua. Plaintiff and claimant are referred to as the "parties" in this document which is referred to as the "Settlement Agreement" or "Agreement."

2.    The parties agree that the only remaining issue in the instant case is the claimant's claim for attorneys' fees for services rendered on its behalf by McDermott Will & Emery in connection with this case in the district court and in the Ninth Circuit, No. 08-16935. After full and open discussion, the parties agree to resolve any and all outstanding claims for attorneys' fees which claimant Eurofed made, or could have made, in connection with the instant case in district court and in the Ninth Circuit.

3.    The parties agree that the resolution of the lawsuit is based solely on the terms stated in this Settlement Agreement. It is expressly understood that this Agreement has been freely and voluntarily entered into by the parties. The parties further agree that there are no express or implied terms or conditions of settlement, whether oral or written, other than those set forth in this Agreement. This Agreement shall not be modified or supplemented. The parties have entered into this Agreement in lieu of continued, protracted litigation in the district court and in the Ninth Circuit.

4.    This Settlement Agreement is expressly understood by the parties not to be an adjudication of the merits of any factual or legal issue involving claims for attorneys' fees which were brought, or could have been brought, as described in paragraph 2 above. As such, the parties agree that the Settlement Agreement does not constitute an admission that the United States, or any past or present official, employee or agent of the United States, including the United States Department of Justice, has in any way violated any law, including any statute or regulation.

5.    The parties further agree that this Settlement Agreement does not constitute precedent on any legal issue for any purpose whatsoever, including all administrative proceedings and any lawsuits.

6.      In full and final settlement of claimant's attorneys' fees claims, the parties agree that the United States of America will pay claimant three hundred and twenty five thousand dollars ($325,000) ("Settlement Amount"), plus accrued interest from the date that the magistrate judge enters this Settlement Agreement as an order. McDermott, Will & Emery agrees to provide the undersigned Assistant United States Attorney its Taxpayer Identification Number as well as the Taxpayer Identification Number of claimant Eurofed, if any. Thereafter, the Settlement Amount will be paid by a check made out to The Liquidators of Eurofed appointed by the High Court of Antigua and to McDermott, Will & Emery, and the check will be sent to Matthew J. Jacobs at McDermott, Will & Emery, 275 Middlefield Road, Suite 100, Menlo Park, California 94025-4004. Claimant Eurofed understands that the United States will report this payment to the Internal Revenue Service ("IRS"), and that questions as to tax liability, if any, as a result of this payment is a matter solely between claimant Eurofed and the IRS. Claimant and its attorneys have been informed that payment of the Settlement Amount may take up to sixty (60) days to process.

7.      Payment of the Settlement Amount shall be in full settlement and satisfaction of any and all claims for attorneys' fees which claimant Eurofed, its heirs, representatives and assignees made, or could have made, in this case in district court and in No. 08-16935 in the Ninth Circuit. Further, claimant Eurofed releases and discharges the United States, as well as any past and present officials, employees, agents, attorneys, their successors and assigns, from any and all claims for attorneys' fees which were made, or could have been made, in this case in district court and in No. 08-16935 in the Ninth Circuit. To the extent that any other party seeks attorneys' fees against the United States in connection with this case in district court and in No. 08-16935 in the Ninth Circuit, Claimant Eurofed, its heirs, representatives and assignees, also agrees to reimburse, indemnify, and hold harmless the United States of America, as well as any past and present officials, employees, agents, attorneys, their successors and assigns, from and against any and all claims, demands, rights, and causes of actions for attorneys' fees, whether known or unknown, including without limitation claims for subrogation, indemnity, contribution, or lien of any kind.

Settlement Agreement
No. 02-0485 CRB (EDL)                3

8.      Each party agrees to bear its or their own costs and attorneys' fees in connection with the June 25, 2010 mediation, including time spent and expenses incurred in preparing for that mediation.

9.      The parties agree that should any dispute arise with respect to the implementation of the terms of this Settlement Agreement that the parties shall not seek to rescind the agreement, but can apply to the district court, if necessary, for enforcement.  The parties agree that the district court retains jurisdiction for the purpose of enforcing this Settlement Agreement.  In any such enforcement proceeding, each party agrees to bear its or their own attorneys' fees and costs.

10.     Based on the foregoing, the parties agree that this district court action be dismissed and that the claimant's motion for attorneys' fees in the Ninth Circuit is moot.  The United States shall prepare a stipulation and order to be signed by the parties and filed in the district staying this action until claimant Eurofed has received payment of the Settlement Amount.  The United States shall prepare a joint motion to be signed by the parties and filed in the Ninth Circuit asking the Ninth Circuit to stay any action on claimant's application for

///
///
///
///
///
///
///
///
///
///
///
///
///
///

Settlement Agreement
No. 02-0485 CRB (EDL)                    4

1   attorneys' fees, filed on or about May 14, 2010, in No. 08-16935, until claimant Eurofed has

2   received the Settlement Amount.

3

4   IT IS SO STIPULATED:              DAVID L. ANDERSON
                                      Acting United States Attorney
5

6   Dated: June 25, 2010

    PATRICIA J. KENNEY
7                                     Assistant United States Attorney

8
                                      McDERMOTT WILL & EMERY LLP
9

10  Dated: June 25, 2010

    GORDON A. GREENBERG
11                                    MATTHEW J. JACOBS
                                      PETER DROBAC
12                                    Attorneys for the Liquidators of Eurofed

13

14

15

16  PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS

                July
17   14    DAY OF JUNE, 2010.

18
                                      HONORABLE ELIZABETH D. LAPORTE
19                                    United States Magistrate Judge

20

21

22

23

24

25

26

27

28

Settlement Agreement
No. 02-0485 CRB (EDL)                 5