MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: 415.436.6857
    Facsimile:  415.436.7234

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>$1,379,879.09 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER W71-223433 IN THE NAME OF EUROPEAN FEDERAL CREDIT BANK. ET AL.,<br><br>                Defendants.<br><br>EUROPEAN FEDERAL CREDIT BANK AND ITS RECEIVERS, ETC., ET AL.,<br><br>                Claimant. | No. C 05-0946 CRB<br><br>STIPULATION AND ORDER DISMISSING THE INSTANT ACTION |

The parties agree, subject to the Court's approval, that the instant action should be dismissed with prejudice. On June 25, 2010, the parties resolved all remaining issues which pertained to fees in the district court and on appeal. *See* Settlement Agreement and Order, received on June 25, 2010 and filed on July 14, 2010. Since that time, the Liquidators have received payment in full of the settlement amount. Accordingly, the parties agree that the instant case should be dismissed.

IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

Dated: August 31, 2010

_____
PATRICIA J. KENNEY
Assistant United States Attorney

McDERMOTT WILL & EMERY LLP

Dated: _____, 2010

_____
GORDON A. GREENBERG
MATTHEW J. JACOBS
PETER DROBAC
Attorneys for the Liquidators of Eurofed

PURSUANT TO THE FOREGOING STIPULATION, IT IS BY THE COURT ON THIS 3rd DAY OF Sept. ___, 2010, THAT THE CASE BE, AND HEREBY IS, DISMISSED.

_____
HONORABLE CHARLES R. BREYER
United States Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Stip & Order Dismissing Action
No. 02-0485 CRB

2

| | |
|---|---|
| 1 | The parties agree, subject to the Court's approval, that the instant action should be |
| 2 | dismissed with prejudice. On June 25, 2010, the parties resolved all remaining issues which |
| 3 | pertained to fees in the district court and on appeal. *See* Settlement Agreement and Order, |
| 4 | received on June 25, 2010 and filed on July 14, 2010. Since that time, the Liquidators have |
| 5 | received payment in full of the settlement amount. Accordingly, the parties agree that the instant |
| 6 | case should be dismissed. |

8  IT IS SO STIPULATED:         MELINDA HAAG
                                United States Attorney

10 Dated: August 31, 2010
11                              _____
                                PATRICIA J. KENNEY
                                Assistant United States Attorney

13                              McDERMOTT WILL & EMERY LLP

14 Dated: 9/2, 2010
15                              GORDON A. GREENBERG
                                MATTHEW J. JACOBS
16                              PETER DROBAC
                                Attorneys for the Liquidators of Eurofed

20 PURSUANT TO THE FOREGOING STIPULATION, IT IS BY THE COURT ON THIS ___
21 DAY OF _____, 2010, THAT THE CASE BE, AND HEREBY IS, DISMISSED.

                                _____
                                HONORABLE CHARLES R. BREYER
                                United States Judge

Stip & Order Dismissing Action
No. 02-0485 CRB                          2